**SIGNED.**

Dated: July 17, 2008



_____
**JAMES M. MARLAR**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| CARDSYSTEMS SOLUTIONS, INC., | No. 4:06-bk-00515-JMM |
| Debtor. | Adversary No. 4:07-ap-00046-JMM |
| MERRICK BANK CORPORATION, | |
| Plaintiff, | **MEMORANDUM DECISION** |
| vs. | |
| CARDSYSTEMS SOLUTIONS, INC., | |
| Defendant. | |
| BETH LANG, AS CHAPTER 7 TRUSTEE FORCARDSYSTEMS SOLUTIONS, INC., a Delaware corporation, | |
| Counterclaimant, | |
| vs. | |
| MERRICK BANK CORPORATION, | |
| Counterdefendant. | |

The Trustee's Motion for Order to Extend Discovery Cut-Off Date and Trial Date (Dkt. #45) was heard on July 14, 2008. After consideration of the issues, the court rules.

**FACTS AND CONTENTIONS**

This adversary proceeding was filed on June 29, 2007, but did not become active until after conversion of the case from chapter 11 to chapter 7 on November 19, 2007, and the appointment of a chapter 7 Trustee. Once the Trustee appointed special counsel to assist her with this adversary proceeding, and that counsel was able to investigate, an answer and counterclaim were filed on April 11, 2008. The issues were joined when Merrick Bank answered the counterclaim on April 29, 2008.

The court issued its trial scheduling order on March 11, 2008, setting the following dates for the parties:

| | |
|---|---|
| Rule 26.1 Exchange | May 15, 2008 |
| Dispositive Motion Deadline | August 15, 2008 |
| Discovery Cutoff | August 15, 2008 |
| Joint Pretrial Statement | October 14, 2008 |
| Trial | October 20 - 21, 2008 at 9:30 a.m. each day |

(Minutes, Dkt. #36.)

The Trustee now seeks to expand the discovery cutoff date, which Merrick Bank opposes. Trustee maintains that the dispositive motion date need not be changed, because the undisputed facts upon which legal matters can be addressed are (or soon will be) of sufficient clarity and finality to deserve rulings.

The court is sensitive to both the Trustee's perceived need for additional discovery time, but also to its internal desire to hold to the trial date which, last March, all parties believed was reasonable.

1    Accordingly, the court will expand the discovery cutoff by 30 days, to end on
2    September 15, 2008. The parties are encouraged to meet this new deadline so that the trial date will
3    not have to be moved further.[1]

4    A separate order will be entered. FED. R. BANKR. P. 9021.

6    DATED AND SIGNED ABOVE.

8    COPIES served as indicated below
     on the date signed above:

     Susan G Boswell
10   Quarles & Brady
     One South Church Ave., Suite 1700
11   Tucson, AZ 85701-1621                                 Email: sboswell@quarles.com

12   Timothy T. Brock and Daniel G Gurfein
     Satterlee Stephens Burke & Burke
13   230 Park Avenue                                       Email: dgurfein@ssbb.com
     New York, NY 10169                                    Email: tbrock@ssbb.com

     Ryan W. Anderson
15   Guttilla Murphy Anderson
     4150 W. Northern Ave.
16   Phoenix, AZ 85051                                     Email: randerson@gamlaw.com

17   Trudy A. Nowak
     Anderson & Nowak
18   2211 E. Highland Ave., Suite 211
     Phoenix, AZ 85016                                     Email: tan@anlawfirm.com

     Lowell E. Rothschild, Michael McGrath,
20   Scott Gan, and Fred Peterson
     Mesch, Clark & Rothschild
21   259 N. Meyer Ave.
     Tucson, AZ 85701                                      Email: ecfbk@mcrazlaw.com

     Beth E. Lang, Trustee
23   1955 W. Grant Rd., Suite 125
     Tucson, AZ 85745                                      Email bethelang@earthlink.net

SIGNED

---

[1] Should this occur, the court has asked the Clerk to tentatively reserve the week of November 3-7, 2008, for this backup purpose. The parties should perhaps note these dates on their calendars.

| | |
|---|---|
| 1 | Jonathan E. Hess<br>Office of the U.S. Trustee |
| 2 | 230 North First Avenue, Suite 204 |
| 3 | Phoenix, AZ  85003-1607               E-mail: Jon.E.Hess@usdoj.gov |
| 4 | |
| 5 | By  /s/ M. B. Thompson<br>     Judicial Assistant |

